**UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT**

No. 25-2022

John Hammond _____ vs. Thomas Acerno, et al.

Calendar Date June 10, 2026          Location Philadelphia

**ACKNOWLEDGMENT AND DESIGNATION OF ARGUING COUNSEL**

Receipt acknowledged by: Mark J. Sherer

Designation of Arguing Counsel: Mark J. Sherer

Member of the Bar:    ☑ Yes    ☐ No

Representing (check only one):

☐ Petitioner(s)    ☐ Appellant(s)    ☐ Intervenor(s)

☐ Respondent(s)    ☑ Appellee(s)    ☐ Amicus Curiae

Please list the name of the lead party being represented:

Thomas Acerno, Christopher Chase, David Hepler

ONLY COUNSEL WHO ARE MEMBERS OF THE BAR OF THE COURT OF APPEALS FOR THE THIRD CIRCUIT AND WHO FILED AN APPEARANCE ARE PERMITTED TO ARGUE BEFORE THE COURT.  (BAR ADMISSION IS WAIVED FOR FEDERAL ATTORNEYS.)