# UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

No. 25-2022

JOHN HAMMOND,
Appellant

v.

THOMAS ACERNO, SPECIAL AGENT "HSI"; CHRISTOPHER CHASE, SPECIAL AGENT "HSI"; DAVID HELPER, SPECIAL AGENT "HSI"; DOMINIC RAGUZ, SPECIAL AGENT "ATF"; SA. NAME UNKNOWN, "POSTAL WORKER"; SA. NAME UNKNOWN, "ICE"; SA. NAME UNKNOWN, "ICE"; SA. NAME UNKNOWN, "ICE"; PSP. NAME UNKNOWN, "SERT"; PSP. NAME UNKNOWN, "SERT"; TPD. NAME UNKNOWN, "TOWAMENCIN POLICE"; TPD. NAME UNKNOWN, "TOWAMENCIN POLICE"; TPD. NAME UNKNOWN, "TOWAMENCIN POLICE"; TPD. NAME UNKNOWN, "TOWAMENCIN POLICE"; PSP. NAME UNKNOWN, "SERT"; PSP. NAME UNKNOWN, "SERT"

_____

On Appeal from the U.S. District Court, E.D. Pa.
Judge Chad F. Kenney, No. 2:21-cv-03688

Before: CHAGARES, *Chief Judge*; RESTREPO AND MONTGOMERY-REEVES, *Circuit Judges*
Submitted: June 10, 2026
_____

JUDGMENT

This cause came to be considered on the record from the United States District Court for the Eastern District of Pennsylvania and was submitted under Third Circuit L.A.R. 34.1(a) on June 10, 2026.

On consideration whereof, it is now hereby **ORDERED** and **ADJUDGED** that the order of the District Court entered on April 24, 2025, is hereby **AFFIRMED**. Costs will not be taxed. All of the above in accordance with the Opinion of this Court.

ATTEST:

s/ Patricia S. Dodszuweit
Clerk

DATED: JUNE 18, 2026

Certified as a true copy and issued in lieu
of a formal mandate on ___August 10, 2026___

Teste: _Patricia A Dodszuweit_
**Clerk, U.S. Court of Appeals for the Third Circuit**